# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHONTRELL HARRIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-1321** |
| **OCHSNER CLINIC LLC, ET AL.** | **SECTION "O"** |

## ORDER AND REASONS

On July 21, 2025, Defendants Ochsner Clinic LLC and Steris Instrument Management Services, Inc. ("Defendants") filed a motion[1] to dismiss, which was set for submission on September 3, 2025. Local Rule 7.5 of the United States District Court for the Eastern District of Louisiana requires that an opposition to a motion must be filed no later than eight days before the noticed submission date. Plaintiff Shontrell Harris ("Plaintiff") has not filed a memorandum in opposition to Defendants' motion to dismiss.

Accordingly, because Defendants' motion is unopposed, and it appearing to the Court that the motion has merit,

**IT IS ORDERED** that Defendants' motion to dismiss is **GRANTED**. Plaintiffs' claims are **DISMISSED** without prejudice.

A motion for reconsideration of this Order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed within thirty days. The motion must be accompanied by an opposition memorandum to Defendant's motion[2] to dismiss. Because such a motion would not have been necessary had a timely opposition

---

[1] ECF No. 11.
[2] *Id.*

memorandum been filed, the costs incurred in connection with the motion, including attorneys' fees, may be assessed against the party moving for reconsideration. See Fed. R. Civ. P. 16.

    New Orleans, Louisiana, this 9th day of March, 2026.

                                             BRANDON S. LONG
                                             UNITED STATES DISTRICT JUDGE